## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   ROBERT LEVY                    DATE:   9/26/19

DOCKET NUMBER: 19 M 793                            LOG #:  2:23 - 2:24

DEFENDANT'S NAME:   GOLUB GOLUB
  ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL:   Alan Nelson
  ___ Federal Defender    ✓ CJA    ___ Retained

A.U.S.A.:  Nick Moscow ~~TEMLAGANGA~~            CLERK:   SM YUEN

INTERPRETER:                              (Language)

___ Defendant arraigned on the: ___ indictment  ___ superseding indictment  ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings:   Complaint dismissed.

## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   ROBERT LEVY                   DATE :   9/26/19

DOCKET NUMBER:  19 M 793                           LOG # :   2:23- 2:24

DEFENDANT'S NAME :   KAMALADOSS VETRI SELVAM
                    ✓ Present    ___ Not Present    ✓ Custody   ___ Bail

DEFENSE COUNSEL:   Alan Nelson for David Sarratt.
                   ___ Federal Defender    ___ CJA    ___ Retained

A.U.S.A:   Nick Moscow ~~Tami Aganga~~              CLERK:   SM YUEN

INTERPRETER : _____ (Language)

___ Defendant arraigned on the : ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings :   Complaint dismissed